# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NOAH TOMKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-00165 |
| ) | Judge Trauger |
| THE DAILY WIRE, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. No. 20) is GRANTED. The defendant may have an extension to April 25, 2025 within which to respond to the Complaint.

It is further ORDERED that the initial case management conference scheduled for April 21, 2025 is hereby RESET for May 19, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE