# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| NOAH TOMKINSON, | ) | |
| Plaintiff, | ) | Case No. 3:25-CV-00165 |
| v. | ) | Judge Aleta A. Trauger |
| THE DAILY WIRE, LLC, | ) | JURY DEMAND |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Noah Tomkinson ("Plaintiff"), together with Defendant The Daily Wire, LLC ("Defendant"), by and through their attorneys, hereby stipulate and agree that all claims asserted by Plaintiff against Defendant are hereby dismissed with prejudice, with each party bearing its own costs or fees, including attorneys' fees, and with all rights to appeal, if any, waived.

Dated: April 16, 2025

Respectfully submitted,

s/ Craig B. Sanders
Craig B. Sanders
SANDERS LAW GROUP
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
csanders@sanderslaw.group

Susan S. Lafferty (BPR 025961)
LAFFERTY LAW FIRM, INC.
1321 Murfreesboro Pike, Suite 421
Nashville, TN 37217
ssl@laffertylawtn.com

*Attorneys for Plaintiff*

<pre>
                                        s/ W. Russell Taber III (with permission)
                                        W. Russell Taber III (BPR 24741)
                                        RILEY & JACOBSON, PLC
                                        1906 West End Avenue
                                        Nashville, TN 37203
                                        (615) 320-3700
                                        rtaber@rjfirm.com
</pre>

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system this the 16th day of April, 2025 upon the following:

W. Russell Taber III
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
rtaber@rjfirm.com

                                            s/ Craig B. Sanders
                                            Craig B. Sanders

3

Case 3:25-cv-00165    Document 22    Filed 04/16/25    Page 3 of 3 PageID #: 70